The People of the State of Illinois, defendant in error, v. Alva Wilson, plaintiff in error. Gen. No. 8,796.

640

 Opinion filed January 12, 1934.

Robert I. Pugh, Philip L. Turner and U. G. Ward, for plaintiff in error. Kenneth F. Kelly, State's Attorney, for defendant in error.

Mr. Justice Davis delivered the opinion of the court.